# ILLINOIS DEPARTMENT OF CORRECTIONS
# INTERNET INMATE STATUS
AS OF: Thursday, June 3, 2021

## M47240 - ROJAS, GABRIEL

**Parent Institution:** HILL CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** HILL

## PHYSICAL PROFILE

**Date of Birth:**
**Weight:**
**Hair:**
**Sex:**
**Height:**
**Race:**
**Eyes:**



## MARKS, SCARS, & TATTOOS

TATTOO, LEG, RIGHT - TIGER
TATTOO, BACK - 18TH, CRACKED 5POINT STAR AND 5
TATTOO, BACK - "D" W/TAIL, PITCHFORK 6PT STAR,
TATTOO, HAND, LEFT - G-BALL
TATTOO, FOREARM, RIGHT - AZTEC CALENDER, "UGUALA GUERRERO

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:** 03/26/2021
**Projected Parole Date:** 02/27/2023
**Last Paroled Date:** 12/12/2016
**Projected Discharge Date:** 02/27/2025

## SENTENCING INFORMATION

| | |
|---|---|
| MITTIMUS: | 19CR0616901 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | FELON POSS/USE FIREARM PRIOR |
| CUSTODY DATE: | 02/27/2019 |
| SENTENCE: | 7 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| | |
|---|---|
| MITTIMUS: | 20CR0645701 |
| CLASS: | 4 |
| COUNT: | 1 |
| OFFENSE: | RESIST/OBSTRUC OFFICER/INJURY |
| CUSTODY DATE: | 02/27/2019 |
| SENTENCE: | 1 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| | |
|---|---|
| MITTIMUS: | 15CR1659001 |
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | FELON POSS/USE FIREARM PRIOR |
| CUSTODY DATE: | 07/19/2015 |
| SENTENCE: | 3 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

| | |
|---|---|
| MITTIMUS: | 12CR1665001 |
| CLASS: | 4 |
| COUNT: | 1 |
| OFFENSE: | AGG DUI LIC SUSP OR REVOKED |
| CUSTODY DATE: | 02/19/2014 |
| SENTENCE: | 0 Years 18 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

The information made available on this database service is for the general public and law enforcement to promote the interest of public safety. The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.

**conduct another search**
**return to the IDOC homepage**

Illinois Department of Corrections
1301 Concordia Court, PO Box 19277
Springfield, Illinois, 62794-9277
217-558-2200 | 800-546-0844 TDD